No. 311. MARIENFELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Harry C. Blanton* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce and Fred G. Folsom* for the United States.

No. 318. LANE ET AL., CONSTITUTING THE FLORIDA STATE RACING COMMISSION, *v.* VOLUSIA COUNTY KENNEL CLUB, INC. ET AL. Supreme Court of Florida. Petition for writ of certiorari denied for the reason that the judgment below is based on state grounds adequate to support it. *Richard W. Ervin,* Attorney General of Florida, *Fred M. Burns* and *George E. Owen,* Assistant Attorneys General, and *Robert H. Carlton* for petitioners. *Robert H. Anderson and D. P. S. Paul* for respondents.

No. 136, Misc. DAVIS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 141, Misc. McGRIFF *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 147, Misc. BAYLESS *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 190, Misc. RUPP *v.* TEETS, WARDEN. C. A. 9th Cir. Certiorari denied.